**FILED**

August 10, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )        Case No. 2:09-cr-332 GEB
            Plaintiff,             )
                                   )        ORDER FOR RELEASE
v.                                 )        OF PERSON IN CUSTODY
                                   )
ROBERT JONES,                      )
                                   )
            Defendant.             )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _Robert Jones_ Case 2:09-cr-332 GEB_ from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

        \_      Release on Personal Recognizance

        \_      Bail Posted in the Sum of _____

        X      Unsecured bond in the amount $50,000

        \_      Appearance Bond with 10% Deposit

        \_      Appearance Bond secured by Real Property

        \_      Surety Bail Bond in the amount of $75,000

        X      (Other) Pretrial conditions/supervision;

Issued at _Sacramento, CA_ on _8/10/09_ at _$\lambda$:34 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge