```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Robert James Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) Cr. No. 09-332 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
| | ) CONFERENCE. |
| ROBERT JAMES JONES | ) (Sept. 25 at 9:00 AM before |
| | ) Judge Burrell) |
| Defendant, | ) |
| _____ | ) |

Because the Federal Defender has requested that J. Toney be appointed in place of the Federal Defender in this case, the parties stipulate that the present status conference of September 4, 2009 be continued to September 25, 2009 to allow adequate time for new counsel to prepare the case. It is further stipulated that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) & (B)(iv), should be excluded for counsel preparation, Local Code T4 until that date. Defendant JONES has agreed to the above. The parties respectfully request the Court so order.

Dated August 26, 2009

1

```
    /s/ SAMANTHA SPANGLER              /S/ J TONEY
      Samantha Spoangler                 J. Toney
    Assistant U.S. Attorney         Attorney for Defendant
```

SO ORDERED:

Dated:  August 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2