J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Robert James Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 09-332 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
| | ) CONFERENCE. |
| ROBERT JAMES JONES | ) (Oct 2 at 9:00 AM before |
| | ) Judge Burrell) |
| | ) |
| Defendant, | ) |

  This case is now set for a status conference on September 25, 2009. Defendant Jones seeks continuance of this status conference because his lawyer has a scheduling conflict on that date, and Defendant desires additional time to prepare his case. The parties stipulate that the status conference be continued to October 2,2009, and that time be excluded under the Speedy Trial Act for counsel preparation under Local Code T4 until the requested October 2,2009 status conference date. It is so ordered.

Dated:  September 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1