1  LAWRENCE G. BROWN
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )   Case No.  2:09-cr-332 GEB
                                 )
12         Plaintiff,             )   STIPULATION AND [PROPOSED]
                                 )   ORDER CONTINUING STATUS
13 v.                             )   CONFERENCE
                                 )
14 ROBERT JAMES JONES,            )
                                 )
15         Defendant.             )
   _____)

## Stipulation

The parties are in the process of negotiating a plea agreement and defense counsel requires additional time to review the proposed agreement with the defendant.  Therefore, the parties, through undersigned counsel, stipulate that the status conference may be continued to November 13, 2009, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of November 13, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation, because the interests of justice served by granting

///

1

1  this continuance outweigh the interests of the defendant and the
2  public in a speedy trial.
3       Defense counsel has authorized the prosecutor to sign this
4  stipulation on his behalf.

5  DATED:  October 29, 2009                LAWRENCE G. BROWN
                                           United States Attorney
6
7  Dated: 10/29/2009                by    /s/ Samtha S. Spangler
                                          Samantha S. Spangler
8                                         Assistant U.S. Attorney
9
10 Dated: 10/29/2009                by    /s/ J. Toney
11
12                                        J. Toney
                                          Counsel for Defendant
13                                        Robert James Jones

14                               Order

15      Good cause appearing, the status conference scheduled for
16 October 30, 2009, is ordered continued to November 13, 2009, at 9:00
17 a.m.  The Court finds that the interests of justice served by
18 granting this continuance outweigh the interests of the defendant
19 and the public in a speedy trial.  Therefore, time is excluded from
20 the speedy trial calculation under the Speedy Trial Act through the
21 new status conference date of November 13, 2009, pursuant to 18
22 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
23      IT IS SO ORDERED.
24 Dated:  October 29, 2009
25
26                                _____
                                  GARLAND E. BURRELL, JR.
27                                United States District Judge
28