J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Robert James Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 09-332 GEB |
| Plaintiff, | ) ORDER ADDING CONDITION OF<br>) PRETRIAL RELEASE |
| v. | ) |
| ROBERT JAMES JONES | ) |
| Defendant, | ) |

At the hearing in this case on November 13, 2009, the parties stipulated that the Court adopt the request of Pretrial Services and impose the additional following condition of Pretrial Release:

> You shall participate in a program of medical treatment for drug or alcohol dependency and any mental health counseling as approved by The pretrial services officer.

This order is made due to the Defendant's recent positive drug test for Cocaine.

SO ORDERED:

Dated:  November 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1