J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Robert James Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 09-332 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
| | ) CONFERENCE. |
| ROBERT JAMES JONES | ) (Jan. 15, 2010 at 9:00 AM |
| | ) before Judge Burrell) |
| Defendant, | ) |

This case is now set for status on December 4, 2009.  Because counsel for Defendant Jones needs some additional time  to prepare the case, the parties stipulate that the status conference be continued to January 15, 2010. Defendant Jones is in agreement with this request. It is further stipulated that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) & (B)(iv), should be excluded for counsel preparation, Local Code T4 until that date.  Defendant JONES has agreed to the above. The parties respectfully request the Court so order.

Dated December 2, 2009

1

```
    /s/ SAMANTHA SPANGLER                /S/ J TONEY
      Samantha Spangler                   J. Toney
    Assistant U.S. Attorney           Attorney for Defendant
```

SO ORDERED.

Dated:   December 3, 2009

```
                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```

2