1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No.  2:09-cr-332 GEB
                                  )
12          Plaintiff,            )   STIPULATION AND ORDER
                                  )   CONTINUING STATUS CONFERENCE
13 v.                             )
                                  )
14 ROBERT JAMES JONES,            )
                                  )
15          Defendant.            )
   _____)

16

17                      Stipulation

18      The parties have agreed to continue the status conference so

19 that the undersigned prosecutor may go on vacation for a week that

20 includes the date scheduled in this case, January 15, 2010.  The

21 parties are in the process of negotiating a plea agreement, and

22 defense counsel could use the additional time to review the

23 agreement with his client.  Therefore, the parties, through

24 undersigned counsel, stipulate that the status conference may be

25 continued to January 29, 2010, at 9:00 a.m.

26      The parties further stipulate that time may be excluded from

27 the speedy trial calculation under the Speedy Trial Act through the

28 new status conference date of January 29, 2010, pursuant to 18

                              1

1  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation
2  and continuity, because the interests of justice served by granting
3  this continuance outweigh the interests of the defendant and the
4  public in a speedy trial.

5      Defense counsel has authorized the prosecutor to sign this
6  stipulation on his behalf.

7  DATED:  January 5, 2010                    BENJAMIN B. WAGNER
                                              United States Attorney
8

9                                   by    /s/  Samantha Spangler

10                                         Samantha S. Spangler
                                          Assistant U.S. Attorney
11

12  DATED: January 5, 2010            by    /s/  Samantha S. Spangler for

13                                         J. Toney
                                          Counsel for Defendant
14                                         Robert James Jones

15                        Order

16      Good cause appearing, the status conference scheduled for
17  January 15, 2010, is ordered continued to January 29, 2010, at 9:00
18  a.m.  The Court finds that the interests of justice served by
19  granting this continuance outweigh the interests of the defendant
20  and the public in a speedy trial.  Therefore, time is excluded from
21  the speedy trial calculation under the Speedy Trial Act through the
22  new status conference date of January 29, 2010, pursuant to 18
23  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

24      IT IS SO ORDERED.

25  Dated:  January 11, 2010

26

27  _____
    GARLAND E. BURRELL, JR.
28  United States District Judge

2